IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITY OF MASSACHUSETTS BIOLOGIC LABORATORIES and THIRD SECTOR NEW ENGLAND, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CSL BEHRING AG,<br><br>    Defendant. | C.A. No. 1:16-cv-11459-FDS |

**THIRD SECTOR NEW ENGLAND, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Third Sector New England, Inc. hereby states that it has no parent corporation and no publically held corporation owns 10% or more of its stock.

                                              THIRD SECTOR NEW ENGLAND, INC.

                                              By its attorneys,

                                              /s/ Donald R. Ware
                                              Donald R. Ware (BBO No. 516260)
                                              Jeremy A. Younkin (BBO No. 654047)
                                              FOLEY HOAG LLP
                                              Seaport West
                                              155 Seaport Boulevard
                                              Boston, MA 02210
                                              Phone: 617-832-1000
                                              Fax: 617-832-7000
                                              drw@foleyhoag.com
Dated: August 11, 2016                    jyounkin@foleyhoag.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 11, 2016.

                                          /s/ Donald R. Ware
                                          Donald R. Ware